**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

UNITED STATES OF AMERICA,

    v.

JAMARA LEWIS CLARK,

      Defendant.

CASE NO.: 2:26-cr-1-51

**O R D E R**

The Magistrate Judge issued a Report and Recommendation for the Court to deny Defendant Clark's Motion to Dismiss the Indictment. (Doc. 602.) Defendant Jamara Lewis Clark did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DENY** Defendant's Motion to Dismiss Indictment. (Doc. 61.)

**SO ORDERED**, this 16th day of June, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA